IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PAUL MANUEL C de BACA,

    Plaintiff,

v.                                                                            No. CIV 15-0565 LAM

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration,

    Defendant.

## ORDER GRANTING MOTION FOR ATTORNEY FEES
## UNDER THE EQUAL ACCESS TO JUSTICE ACT

**THIS MATTER** is before the Court on the parties' *Stipulated Motion for Award for Attorney Fees Under the Equal Access to Justice Act (Doc. 29)*, filed July 19, 2016, wherein Plaintiff asks for an award of $7,163.00 in attorney fees and $400.00 in costs.  The Court construes this as a joint motion for attorney fees under the Equal Access to Justice Act (EAJA). Having considered the motion, record in this case, and relevant law, the Court **FINDS** that the motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties' the parties' *Stipulated Motion for Award for Attorney Fees Under the Equal Access to Justice Act (Doc. 29)* is **GRANTED**, and Plaintiff is authorized to receive **$7,563.00** for payment to Plaintiff's attorney for services before this Court, as permitted by the Equal Access to Justice Act, 28 U.S.C. § 2412, and in accordance with *Manning v. Astrue*, 510 F.3d 1246, 1255 (10th Cir. 2007).

**IT IS FURTHER ORDERED** that, if Plaintiff's counsel is ultimately granted attorney fees pursuant to 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's attorney shall refund

the smaller award to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 596 n.4 (2010) (explaining that, if a claimant's counsel is ultimately granted attorney fees under § 406(b) out of the claimant's benefit award, the claimant's attorney must refund to the claimant the amount of the smaller fee).

**IT IS SO ORDERED**.

*Lourdes A. Martínez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**